In the Matter of the Accounting of MANUFACTURERS AND TRADERS TRUST COMPANY, as Sole Surviving Trustee under the Will of ARCHIBALD M. HAZARD, Deceased, Respondent. MARGARY C. GREEY et al., Appellants; FRANK S. DI FIGLIA, as Administrator of the Estate of ABBIE S. HAZARD, Deceased, et al., Respondents. — Decree entered May 9, 1950, insofar as appealed from, and decree entered May 23, 1950, affirmed, with costs to all parties filing briefs, payable out of the fund. All concur. (Appeal from part of a decree construing a will; also appeal from a decree directing payment.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

ARNOLD L. COPELAND, Respondent, v. ART IN BUTTONS, INCORPORATED, Appellant. — Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: It was error to exclude the evidence which the defendant's counsel sought to elicit from the witness Moore and the witness Reardon as to alleged admissions of the plaintiff that he had no claim against the corporation other than that for services rendered between 1933 and 1936. We regard such error as prejudicial. The judgment and order appealed from should, therefore, be reversed and a new trial granted, with costs to the appellant to abide the event. We are unable to say upon this record that the provisions of section 60 of the Stock Corporation Law are available as a defense to the cause of action which plaintiff seeks to maintain. All concur. (Appeal from a judgment for plaintiff in an action for damages for an alleged breach of contract of employment. The order denied a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

In the Matter of the Adoption of JOHN S. CONROY, an Infant. — Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order allowing and approving the adoption of an infant child.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

GANNETT COMPANY, INC., Respondent, v. CHARLES H. KOPP, Appellant. — Order affirmed, without costs of this appeal to either party. All concur. (Appeal from an order denying defendant's motion to open a default judgment in favor of plaintiff.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ. [See post, p. 889.]

In the Matter of the Estate of LOUISE R. FICHTNER, Deceased. ROBERT E. TOMPKINS, as Executor of LOUISE R. FICHTNER, Deceased, Respondent; SECURITY TRUST COMPANY OF ROCHESTER, Appellant.— Decree affirmed, with costs. All concur. (Appeal from a decree adjudging that the estate has title to certain shares of stock and directing that they be delivered to the executor, together with the cash dividends on said stock, in a discovery proceeding.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ. [See post, p. 1021.]

JAMES E. O'NEILL, Respondent, v. ARCHER MOTOR CO., INC., et al., Appellants. — Judgment and order affirmed, with costs. All concur. (Appeal from a judgment for plaintiff in an automobile negligence action. The order denies a motion for a new trial.) Present — McCurn, Vaughan, Kimball, Piper and Wheeler, JJ.